**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Chandan Unchageri

                              Plaintiff,

v.                                                                        Case No.: 1:17−cv−03862
                                                                             Honorable Gary Feinerman

YuppTV USA, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 14, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to voluntarily dismiss with prejudice [58] is granted. This case is dismissed with prejudice, with each side bearing its own costs. Motion hearing set for 5/15/2018 [59] is stricken. Status hearing set for 5/15/2018 [55] is stricken. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.